**Lalaie JOHNSON, Plaintiff–Appellant**

v.

**HONG SHEN; Whispering Pine Lodge, Defendants–Appellees.**

No. 08–40603

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 8, 2008.

Lalaie Johnson, Avinger, TX, pro se.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

In her complaint, Lalaie Johnson, proceeding *pro se* and *in forma pauperis,* alleged, in essence, that she received negligent treatment by defendants-appellees while residing in the Whispering Pine Lodge nursing home. Because she cited no basis for federal jurisdiction, she was ordered to file an amended complaint to state that basis. She filed two amended complaints as a result, the last asserting racial bias in the state courts. The district court adopted the magistrate judge's recommendation and dismissed this action for lack of subject-matter jurisdiction.

Proceeding *pro se* on appeal, Johnson fails to show subject-matter jurisdiction. Essentially for the reasons stated in the magistrate judge's 15 May 2008 Report

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and Recommendation, the judgment of the district court is

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.